\*Vanzant *vs*. The State of Georgia ; Zimmer *vs*. Dansby ; Frost *vs*. The State ; Oliver *vs*. Whitaker & Son ; Jackson *vs*. The State ; Bearden *vs*. The State ; Milton *vs*. Hill ; Johnston *et ux*. *vs*. Jackson ; Alford *vs*. The State ; Robertson, adm'r, *vs*. Morris ; Toole *alias* Luke *vs*. The State ; Gardenhire *vs*. The State ; Wells *vs*. The State ; Mercer & DeGraffenreid *vs*. Jackson ; Goyen *vs*. The State.

Jackson, Justice.

The discretion of the court below in granting or refusing a new trial will not be controlled where there is evidence to sustain the verdict, unless some well recognized principle of law or equity be violated.

---

CLEMENTS *vs*. TIFT.

The first grant of a new trial on the ground that the verdict is decidedly against the weight of the evidence in the opinion of the presiding judge, will not be reversed by this court unless it appears that the judge has abused the discretion with which the law invests him.

Jackson, Justice.

---

\*No reports or opinions are published in the following cases under the provisions of act of March 2, 1875.